UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 JUN -9 PM 4:11

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| Plaintiff, | : | |
| | : | JUDGE |
| v. | : | |
| | : | |
| DEBBIE M. KENNEDY, | : | I N D I C T M E N T |
| | : | |
| Defendant. | : | 42 U.S.C. § 1383a(a)(3) |
| | | 18 U.S.C. § 641 |

THE GRAND JURY CHARGES:

## COUNT 1
### (Supplemental Security Income Fraud)

From in or about July 2009, and continuing through in or about June 2018, in the Southern District of Ohio, the defendant, **DEBBIE M. KENNEDY**, having knowledge of the occurrence of any event affecting her initial and continued right to any benefit under Title 42, Chapter 7, Subchapter XVI of the United States Code, concealed and failed to disclose such event with an intent fraudulently to secure such benefit in a greater amount and quantity than was due and when no such benefit was authorized.

**In violation of Title 42, United States Code, Section 1383a(a)(3).**

## COUNT 2
### (Theft of Public Money)

From in or about July 2009, and continuing through in or about June 2018, in the Southern District of Ohio, the defendant, **DEBBIE M. KENNEDY**, on a recurring basis, did knowingly and willfully embezzle, steal, purloin, convert to her own use and the use of another, and without authority sell, convey and dispose of money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Supplemental Security Income benefits having a value of approximately $51,171.14.

**In violation of Title 18, United States Code, Section 641.**

A TRUE BILL

/s/
_____
GRAND JURY FOREPERSON

**DAVID M. DEVILLERS**
**UNITED STATES ATTORNEY**

_____
**TIMOTHY LANDRY**
**SPECIAL ASSISTANT UNITED STATES ATTORNEY**